# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-580-GCM

| | |
|---|---|
| TRANSWORLD MEDICAL DEVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CLEVELAND CLINIC FOUNDATION, CLEVELAND HEART, INC.,<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jon Michaelson,** filed October 29, 2018 (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the motion.

In accordance with Local Rule 83.1(B), Mr. Michaelson is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, TransWorld Medical Devices, LLC.

**IT IS SO ORDERED.**

Signed: November 5, 2018

Graham C. Mullen
United States District Judge