## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:18-cv-580-GCM

| | |
|---|---|
| TRANSWORLD MEDICAL DEVICES, LLC, *et al*, <br><br>     **Plaintiff,** <br><br> **v.** <br><br> THE CLEVELAND CLINIC FOUNDATION, <br><br>     **Defendant.** | <br><br><br><br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Rebecca W. Haverstick,** filed December 17, 2018 (Doc. No. 11).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Haverstick is admitted to appear before this court *pro hac vice* on behalf of Defendant, The Cleveland Clinic Foundation.

**IT IS SO ORDERED.**

Signed: January 2, 2019

Graham C. Mullen
United States District Judge