IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00580-GCM

| | | |
|---|---|---|
| TRANSWORLD MEDICAL DEVICES, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CLEVELAND HEART, INC. CLEVELAND CLINIC FOUNDATION, | ) ) ) | |
| Defendants. | ) ) | |

Before the Court is Plaintiff TransWorld Medical Devices, LLC's Motion to Seal Deposition Testimony of Peter O'Neill ("Motion"). Specifically, Plaintiff moves to seal the full excerpt of Mr. O'Neill's deposition testimony, which is attached as Exhibit B to Plaintiff's Opposition to Defendant The Cleveland Clinic Foundation's ("CCF") Motion to Stay or Dismiss Amended Complaint Under the Federal Arbitration Act.

Having reviewed the Motion to Seal and accompanying Brief in Support, the Court finds that good cause exists to seal the full deposition excerpt of Peter O'Neill.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to File Deposition Testimony of Peter O'Neill Under Seal is **GRANTED** and that Exhibit B attached to Plaintiff's Opposition to Defendant The Cleveland Clinic Foundation's Motion to Stay or Dismiss Amended Complaint Under the Federal Arbitration Act shall be sealed during the pendency of this action.

**SO ORDERED**.

Signed: March 4, 2019

*[signature]*

Graham C. Mullen
United States District Judge