# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00580-GCM

| | |
|---|---|
| TRANSWORLD MEDICAL DEVICES, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> CLEVELAND CLINIC FOUNDATION, CLEVELAND HEART, INC., <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Some of the claims in this matter were previously dismissed, with other claims stayed pending arbitration. *See* ECF No. 49. The parties have represented to the Court that the arbitration is complete, and request that the Court terminate the stay and dismiss all of Plaintiff's claims with prejudice. *See* ECF No. 52 at 1–3.

**IT IS THEREFORE ORDERED** that:

1. The stay entered in this case is **LIFTED**.

2. The Amended Complaint (ECF No. 27) is **DISMISSED WITH PREJUDICE**.

3. The Clerk shall **CLOSE** the case.

**SO ORDERED**.

Signed: March 1, 2022

Graham C. Mullen
United States District Judge